UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORT AMERICA, INC. and WOMEN'S AMERICAN ORT FOUNDATION,

                        Plaintiffs,

against

U.S. ORT OPERATIONS, INC., BRAMSON ORT COLLEGE, and LOS ANGELES ORT TECHNICAL INSTITUTE,

                        Defendants.

CIVIL ACTION NO.: 20 Civ. 790 (ALC) (SLC)

**ORDER FOR PROPOSED CASE MANAGEMENT PLAN**

---

**SARAH L. CAVE,** United States Magistrate Judge.

At the initial case management conference held on July 14, 2020, the parties agreed to participate in a settlement conference ahead of entering a case management schedule. The Court held a settlement conference on August 14, 2020, but the parties did not reach an agreement. Accordingly, the parties are directed to submit a new proposed case management plan in accordance with Fed. R. Civ. P. 26(f) by **September 4, 2020**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated:      New York, New York
              August 21, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**