# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORT AMERICA, INC. and WOMEN'S AMERICAN ORT FOUNDATION, )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>U.S. ORT OPERATIONS, INC., BRAMSON ORT COLLEGE, and LOS ANGELES ORT TECHNICAL INSTITUTE, )<br>*Defendant*. ) | Civil Action No.: 1:20-cv-00790-ALC-SLC |

## ORDER

Upon consideration of Defendants/Counter Claimants U.S. ORT Operations, Inc., Bramson ORT College, and Los Angeles ORT Technical Institutes' unopposed request for a one-week extension of time to submit the proposed case management plan, and for the reasons set forth herein, the unopposed request is **GRANTED**. The parties shall submit the proposed case management plan on or before **September 11, 2020**.

The Clerk of Court is respectfully directed to close the Motion at ECF No. 42.

Dated: New York, New York
September 8, 2020

_____
SARAH L. CAVE
United States Magistrate Judge

1