| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ORT AMERICA, INC. and WOMEN'S AMERICAN ORT FOUNDATION,<br><br>                              Plaintiffs,<br><br>     -v-<br><br>U.S. ORT OPERATIONS, INC., BRAMSON ORT COLLEGE, and LOS ANGELES ORT TECHNICAL INSTITUTE,<br><br>                              Defendants. | CIVIL ACTION NO.: 20 Civ. 790 (ALC) (SLC)<br><br>**DISCOVERY ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By letter dated August 31, 2021, Defendants requested a conference with the Court to discuss their request for "leave to file a motion to strike the late production of documents Plaintiffs/Counter Defendants ORT America, Inc. and Women's American ORT Foundation ("Plaintiffs") served on August 20, 2021" (the "Hermelin Documents") or, in the alternative, for permission "to depose additional witness(es) as need be at Plaintiffs' expense." (ECF No. 57). For the reasons stated on the record at the discovery conference held on September 14, 2021, the Court orders as follows:

1. Defendants' request for leave to file a motion to strike the Hermelin Documents is DENIED.

2. Defendants' request to depose an additional witness is GRANTED as follows:

    a. Defendants may take one additional deposition, which shall be limited to two hours and to the topic of the Hermelin ORT Resource Center; and

    b. The parties shall split the cost of the court reporter.

The parties' deadline to file dispositive motions before the Honorable Andrew L. Carter is EXTENDED to **October 21, 2021**.

Dated:    New York, New York
          September 15, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**