UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORT AMERICA, INC. and WOMEN'S AMERICAN ORT FOUNDATION,

          Plaintiffs,

-v-

U.S. ORT OPERATIONS, INC., BRAMSON ORT COLLEGE, and LOS ANGELES ORT TECHNICAL INSTITUTE,

          Defendants.

CIVIL ACTION NO.: 20 Civ. 790 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request for a settlement conference (ECF No. 77) is GRANTED. The parties shall promptly meet and confer and, by **November 10, 2022**, file a joint letter (i) proposing three (3) dates during the weeks of January 2, January 9, and January 16, 2023 when all parties are available for a settlement conference and (ii) indicating the parties' preferred format for the settlement conference (i.e., in person or videoconference).

Dated:    New York, New York
          November 3, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**