**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ORT AMERICA, INC. and WOMEN'S AMERICAN ORT FOUNDATION, | : : : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : : | 1:20-cv-00790 (ALC) (SLC) |
| U.S. ORT OPERATIONS, INC., BRAMSON ORT COLLEGE, and LOS ANGELES TECHNICAL INSTITUTE, | : : : : | |
| Defendants. | x | |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' (Ort America, Inc. and Women's American ORT Foundation) and Defendants' (U.S. ORT Operations, Inc., Bramson ORT College, and Los Angeles ORT Technical Institute, d/b/a Los Angeles ORT College) joint letter requesting an extension of time for the parties to submit their Joint Pre-Trial Order, it is **HEREBY ORDERED** that the extension is **GRANTED**. The parties shall submit the Joint Pre-Trial Order on or before **December 14, 2022**.

Dated: 12/01/2022

_____
The Honorable Andrew L. Carter, Jr.
United States District Judge