UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORT AMERICA, INC. and WOMEN'S AMERICAN ORT FOUNDATION,

                Plaintiffs,

-against-

U.S. ORT OPERATIONS, INC., BRAMSON ORT COLLEGE, and LOS ANGELES ORT TECHNICAL INSTUTITE,

                Defendants.

20-cv-790 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court held a telephonic pretrial conference on February 28, 2023. As stated on the record:

- The parties shall file a joint status report as to settlement negotiations and the trial in the underlying action by **September 7, 2023**.

- Any motions in *limine* shall be filed by **September 15, 2023**, oppositions shall be filed by **September 22, 2023**, and replies shall be filed by **September 27, 2023**;

- The final pretrial conference will be held on **October 19, 2023** at **2:00 p.m.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**); and

- Trial shall begin on **October 23, 2023**.

SO ORDERED.

Dated:    **March 2, 2023**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**