UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORT AMERICA, INC. and WOMEN'S AMERICAN ORT FOUNDATION,<br><br>       Plaintiffs,<br><br>-against-<br><br>U.S. ORT OPERATIONS, INC., BRAMSON ORT COLLEGE, and LOS ANGELES ORT TECHNICAL INSTUTITE,<br><br>       Defendants. | 20-cv-790 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

   As stated on the record at the September 12, 2023 conference, the date for trial and associated deadlines are adjourned *sine die*. The parties shall file a joint status report regarding the trial in the California action by **September 19, 2023**.

**SO ORDERED.**

Dated: September 15, 2023
     New York, New York

                    **ANDREW L. CARTER, JR.**
                    United States District Judge