UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORT AMERICA, INC. and WOMEN'S AMERICAN ORT FOUNDATION,

                Plaintiffs,

-against-

U.S. ORT OPERATIONS, INC., BRAMSON ORT COLLEGE, and LOS ANGELES ORT TECHNICAL INSTUTITE,

                Defendants.

20-cv-790 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will schedule trial in this matter to start on **June 11, 2024**.

- The parties shall file a joint status report as to settlement negotiations and the trial in the related California action by **April 1, 2024**.

- Any motions in *limine* shall be filed by **May 2, 2024**, oppositions shall be filed by **May 16, 2024**, and replies shall be filed by **May 23, 2024**; and

- The final pretrial conference will be held on **June 6, 2024** at **11:00 a.m.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

SO ORDERED.

Dated:    October 13, 2023
           New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge