UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ORT AMERICA, INC., et al.,

            Plaintiffs,

     -against-                                 1:20-cv-00790 (ALC)(SLC)

U.S. ORT OPERATIONS, INC., et al.         **ORDER**

            Defendants.

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will conduct a telephone status conference in this action on **May 15, 2024 at 3:00 p.m. Eastern Time**. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:    May 9, 2024
              New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     United States District Judge